■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFERSON SMITH, Appellant.—Appeal by defendant from a judgment of the County Court, Orange County (Miller, J.), rendered November 26, 1982, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to

withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Gibbons, J. P., Thompson, Weinstein and Kunzeman, JJ., concur.